UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZUHRE ATAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-03495 |
| § | |
| USCIS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on April 25, 2025. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendants' Motion to Dismiss (Doc. #10) is hereby GRANTED in accordance with the Memorandum and Recommendation (Doc. #15). This case is DISMISSED WITH PREJUDICE. The Court will enter a separate final judgment.

It is so ORDERED.

5/20/25
Date

The Honorable Alfred H. Bennett
United States District Judge